UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLIED TRUST INSURANCE COMPANY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-292**<br>**c/w 23-6094** |
| **BENJAMIN MAXWELL, ET AL.** | **SECTION: D (5)** |

## ORDER OF CONDITIONAL DISMISSAL

The Court has been advised by counsel for plaintiff, Allied Trust Insurance Company, in a letter dated March 12, 2025 upon which defense counsel was copied and which was emailed to the Court that same day, that the parties have reached a settlement in this consolidated matter.

Accordingly,

**IT IS HEREBY ORDERED** that the claims asserted by plaintiff, Allied Trust Insurance Company, against defendants, Benjamin Maxwell and Elissa Y. Maxwell, are **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the claims if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, March 12, 2025.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**